JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA LEON,<br><br>          Plaintiff,<br><br>   vs.<br><br>FIRST LIGHT RECOVERY, LLC, et al.<br><br>          Defendants. | Case No.  8:22-cv-01393-JVS-JDE<br><br>**ORDER ON STIPULATION TO REMAND THE CASE TO ORANGE COUNTY SUPERIOR COURT [22]** |

**IT IS SO ORDERED**

It is further ordered that the Rule 26(f) Scheduling Conference set for September 26, 2022 at 10:30am is hereby vacated.  The case is remanded to the Superior Court of California for the County of Orange.

Dated:  September 14, 2022

_____

James V. Selna

UNITED STATES DISTRICT JUDGE